JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>BURBANK BOYZ II, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-02373-DSF-AGR<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

1
ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Burbank Boyz II, LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: September 22, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE